IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>CHARLES LEE COOK,<br><br>                Defendant. | 8:06CR344<br><br>ORDER |

      This matter came on for hearing on December 17, 2013 and is before the Court on the Defendant's Motion to Continue the Dispositional Hearing currently scheduled for January 3, 2014, Filing No. 50. The defendant admitted to violating the terms of his supervised release. He submitted a proposal that he enter the Drug Dependency Unit Program at the Winnebago Hospital in Winnebago, Nebraska. The Court has been informed that a bed is available on December 30, 2013.

      IT IS ORDERED that the Motion to Continue, Filing No. 50, is granted and that the defendant be released from the Douglas County Correctional Center on December 30, 2013, to be immediately transported by the Federal Public Defender's Office to the Drug Dependency Unit Program in Winnebago, Nebraska. He shall successfully complete the program and enter into any aftercare as directed by the staff at the Drug Dependency Unit Program, as well as the United States Probation Office, or further order of this Court. **The final dispositional hearing currently scheduled for January 3, 2014 shall be continued until January 30, 2014 at 9:30 a.m.**

      Dated this 23rd day of December, 2013.

                                                                                   BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge